IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CARL M. REID, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO: |
| v. | : | 1:20-CV-00259-LAG |
| | : | |
| MIDDLE FLINT AREA COMMUNITY SERVICE BOARD d/b/a MIDDLE FLINT BEHAVIORAL HEALTH, | : : : | |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of this action, **WITH PREJUDICE**, with each party to bear that party's own costs.

**SO STIPULATED,** this 1st day of August, 2023.

        WATSON SPENCE LLP
        *Attorneys for Plaintiff*

        */s/ Alfreda L. Sheppard*
        Alfreda L. Sheppard
        Georgia Bar No: 525106
        Post Office Box 2008
        Albany, Georgia 31702-2008
        (229) 436-1545 Telephone
        (229) 436-6358 Facsimile
        asheppard@watsonspence.com

        SATCHER & MCGOVERN LLC
        *Attorneys for Defendant*

        */s/ Annarita L. McGovern* (with express permission)
        Annarita L. McGovern
        Georgia Bar No: 098141
        125 Stonemist Court

Roswell, Georgia 30076
(770) 847-7280 Telephone
(770) 847-7280 Facsimile
amcgovern@satchermcgovernlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all persons duly registered therewith to receive filings in the above styled matter.

This 1st day of August, 2023

                                         WATSON SPENCE LLP

                                         */s/ Alfreda L. Sheppard*
                                         Alfreda L. Sheppard